IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3035 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSE ANTONIO DURAN, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED the motion to continue sentencing (filing 70) is granted. Counsel for the government and counsel for the defendant shall jointly telephone my judicial assistant on January 6, 2009 to set a new sentencing date.

    DATED this 23rd day of December, 2008.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge