UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3035 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| JOSE DURAN, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 23rd day of February, 2009, this matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture. The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On February 19, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841 and 853, based upon the Defendant's plea of guilty to Counts I, II and III of the Superceding Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in $384,020.00 in United States currency and a 2003 Ford Expedition, VIN 1FMPV16W33LA28135, was forfeited to the United States.

2. Notice of Criminal Forfeiture was previously posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on December 8, 2008, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on February 20, 2009 (Filing No. 84).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the $384,020.00 in United States currency and a 2003 Ford Expedition, VIN 1FMPV16W33LA28135, held by any person or entity, is hereby forever barred and foreclosed.

C. The $384,020.00 in United States currency and a 2003 Ford Expedition, VIN 1FMPV16W33LA28135, be, and the same hereby are, forfeited to the United States of America.

D. The United States Marshals Service is directed to dispose of said properties in accordance with law.

DATED this 23rd day of February, 2009.

BY THE COURT

s/ *RICHARD G. KOPF*, JUDGE
United States District Court